UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLIFFORD HELMER,

        Plaintiff,        No. Civ. S-09-2977 FCD DAD

  v.                    **ORDER FOR SANCTIONS AND**
                            **TO SHOW CAUSE**

COUNTRYWIDE HOME LOANS, INC.,

        Defendant.
_____/

    On March 24, 2010, the Court issued a Minute Order requiring that a declaration as to the status of this case be filed within fourteen (14) days of the Minute Order.

    As of April 14, 2010, no such declaration has been received nor has a joint status report been filed. Accordingly, the court makes the following orders:

    1. Plaintiff's counsel, Mr. Duane L. Tucker, shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

///

1     2. This sanction is personal to the attorney, is to
2 be borne by him personally, and is not to be transmitted to the
3 client by way of a charge of attorney's fees and/or costs.
4     The court finds plaintiff's counsel's continuing failure to
5 comply with the court's orders a very serious violation and
6 hereby makes the following orders:
7     1. Plaintiff's counsel is ordered to show cause why
8 plaintiff's case should not be dismissed for failure to
9 prosecute.
10    2. Plaintiff's counsel shall file a response to the order
11 to show cause on or before May 7, 2010.
12    3. A hearing on this order to show cause is set for
13 Friday, May 21, 2010, at 10:00 a.m.
14    IT IS SO ORDERED.
15 DATED: April 14, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE