UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CLIFFORD HELMER,

        Plaintiff,        No. Civ. S-09-2977 FCD DAD

  v.                   **ORDER FOR DISMISSAL**

COUNTRYWIDE HOME LOANS, Inc.

        Defendant.
_____/

    On April 14, 2010, plaintiff's counsel, Duane L. Tucker, was ordered to pay sanctions in the amount of $150.00 and to show cause why this action should not be dismissed for failure to prosecute. The court ordered counsel to pay the sanctions by April 28, 2010, and to file a response to the Order to Show Cause on or before May 7, 2010, and to appear at a hearing set for May 21, 2010 at 10:00 a.m.

    A review of the docket shows that Mr. Tucker has neither paid the ordered sanctions, nor filed a response to the Order to Show Cause.

    Accordingly, the court makes the following orders:

    1.    The Order to Show Cause hearing set for May 21, 2010 is VACATED; and

1    2.   Plaintiff's case is dismissed for failure to
2         prosecute, Fed. R. Civ. P. 41(b), and for failure to
3         respond to this court's order, <u>Ferdik v. Bonzelet</u>, 963
4         F.2d 1258, 1260-61 (9th Cir. 1992).  With respect to
5         dismissal for failure to follow court orders, the court
6         has reviewed the five factors set forth in <u>Ferdik</u> and
7         finds that each warrants dismissal of plaintiff's case.
8    IT IS SO ORDERED.
9  DATED: May 12, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE